**Electronically Filed
Supreme Court
SCWC-16-0000473
01-JUN-2020
09:49 AM**

SCWC-16-0000473

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TED'S WIRING SERVICE, LTD.,
Petitioner-Respondent/Plaintiff-Appellee,

vs.

DEPARTMENT OF TRANSPORTATION, STATE OF HAWAIʻI;
Respondent-Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000473; CIV. NO. 13-1-1910)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Respondent-Petitioner/Defendant-Appellant Department of
Transportation, State of Hawaiʻi's application for writ of
certiorari, filed on April 3, 2020, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be
heard in this case.  Any party may, within ten days and pursuant
to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move
for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, June 1, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

